IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-cv-61102-LEIBOWITZ/AUGUSTIN-BIRCH

SHANE SCOFIELD,

    Plaintiff,

v.

RESOLUTION PROCESSING, LLC,

    Defendant.

_____

## **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**

Defendant Resolution Processing, LLC, by and through undersigned counsel, submits the following Certificate of Interested Parties pursuant to this Court's Order dated July 16, 2024 [D.E. 7].

The following is a list of all attorneys, persons, associations of persons, firms, partnerships or corporations that have an interest in the outcome of this matter, including subsidiaries, conglomerates, affiliates, and parent corporations:

1. Resolution Processing, LLC, a Florida limited liability company - Defendant
2. Marko & Magolnick, P.A. – counsel for Defendant
3. Joel S. Magolnick, Esq. – counsel for Defendants
4. Shane Scofield – Plaintiff
5. Kaufman P.A. – counsel for Plaintiff
6. Avi Kaufman, Esq. – counsel for Plaintiff
7. Rachel Kaufman, Esq. – counsel for Plaintiff

Defendant's Certificate of Interested Persons    Case No. 24-cv-61102-LEIBOWITZ/AUGUSTIN-BIRCH

Respectfully submitted,

**MARKO & MAGOLNICK, P.A.**
Attorneys for Resolution Processing
3001 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: (305) 285-2000
Facsimile:  (305) 285-5555

By: /s/ Joel S. Magolnick
**Joel S. Magolnick**
Florida Bar No. 776068
Magolnick@mm-pa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Joel S. Magolnick
Joel S. Magolnick, Esq.