## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

SHANE SCOFIELD, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

RESOLUTION PROCESSING LLC,

    Defendant.

CASE NO. 0:24-cv-61102-DSL

**CLASS ACTION**

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Scofield states that the following is a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    a.    Plaintiff Scofield

    b.    Putative Class members

    c.    Defendant Resolution Processing LLC and any entities or persons interested therein

    d.    Counsel for the parties

Dated: July 31, 2024        Respectfully submitted,

                              */s/ Avi R. Kaufman*
                              Avi R. Kaufman (FL Bar no. 84382)
                              kaufman@kaufmanpa.com
                              Rachel E. Kaufman (FL Bar no. 87406)
                              rachel@kaufmanpa.com

Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff and all others similarly situated*