UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61102-LEIBOWITZ/AUGUSTIN-BIRCH

**SHANE SCOFIELD**,

    *Plaintiff*,

v.

**RESOLUTION PROCESSING LLC**,

    *Defendant*.

_____/

### ORDER SCHEDULING STATUS CONFERENCE

A status conference is scheduled in this matter for **Thursday, August 29, 2024, at 2:00 P.M.**

**Absent good cause, counsel of record must attend in person Courtroom 202A, United States Federal Building and Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301**.

The below cases will be called at the status conference:

**No. 0:24-cv-61102**, *Scofield v. Resolution Processing LLC*
**No. 0:24-cv-61093**, *Etienne v. Sunset Trails Homeowners Association, Inc.*
**No. 0:24-cv-60431**, *Gaskin v. Healthtrust Workforce Solutions*
**No. 0:23-cv-60616**, *Rager v. MSC Cruises S.A.*
**No. 1:23-cv-23884**, *Spires v. Miami-Dade County*
**No. 0:24-cv-60560**, *McCreary v. Kareem Food World, Inc., et al.*
**No. 1:24-cv-21906**, *Tineo v. BJ's Wholesale Club, Inc.*
**No. 0:24-cv-60167**, *Olascoaga v. T-Shirt Station Stores, LLC, et al.*
**No. 0:24-cv-60267**, *Bento v. Concrete USA, Inc. et al.*
**No. 0:24-cv-60508**, *Sosa Claret et al. v. Toscana Pizza & Grill, LLC, et al.*
**No. 0:24-cv-60657**, *Keller et al. v. Venus Concept USA, Inc.*
**No. 0:24-cv-60719**, *Copeland et al. v. BDC United, LLC, et al.*
**No. 0:24-cv-60890**, *Caplan v. Hyper Deals Auto Sales, Corp. et al.*
**No. 1:24-cv-20900**, *Morales v. Southeastern Grocers Inc.*
**No. 4:23-cv-10057**, *Knabl v. Florida Keys Aqueduct Authority*

Accordingly, it is hereby **ORDERED** as follows:

    1. The parties (unless *pro se*) are **not** personally required to appear.

2. If the parties settle before the conference date, they shall promptly file a notice on the docket informing the Court of the settlement.

3. Plaintiff's counsel must appear with the entire case file at hand. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two (2) business days of this Order.**

4. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

**DONE AND ORDERED** in the Southern District of Florida on August 8, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record