**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-61102-LEIBOWITZ/AUGUSTIN-BIRCH**

**SHANE SCOFIELD**
*individually and on behalf of all others similarly*
*situated*,

       *Plaintiff*,

v.

**RESOLUTION PROCESSING LLC**,

       *Defendant.*

_____/

## NOTICE SETTING STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference is scheduled for this case on **Wednesday,**

**November 20, 2024 at 2:00 p.m.**   **Absent good cause, counsel of record must attend in person**

**Courtroom 202A, United States Federal Building and Courthouse, 299 E. Broward Boulevard,**

**Fort Lauderdale, Florida 33301**.

The cases below will be called at the status conference:

     **No. 0:24-cv-60719**, *Copeland, et al. v. BDC United, LLC, et al.*
     **No. 0:24-cv-60790**, *Arango, et al. v. Nat'l Specialty Ins. Co.*
     **No. 0:24-cv-61208**, *Matsko v. Belcerra II, Inc., et al.*
     **No. 0:24-cv-61318**, *Placido v. MSC Cruises S.A.*
     **No. 0:24-cv-61390**, *Caplan v. Dixie Trailer Supply, LLC, et al.*
     **No. 0:24-cv-61577**, *Diaz v. Robert L. Lipton, Inc.*
     **No. 1:24-cv-20900**, *Morales v. Southeastern Grocers, Inc.*
     **No. 0:23-cv-60616**, *Rager v. MSC Cruises S.A.*
     **No. 0:24-cv-60474**, *Leon et al. v. Grass Roots Complete LLC et al.*
     **No. 1:24-cv-20695**, *Rolfs v. MSC Cruises, S.A.*
     **No. 0:24-cv-60560**, *McCreary v. Kareem Food World, Inc., et al.*
     **No. 0:24-cv-60816**, *Haynes v. Red Coats, Inc.*
     **No. 0:24-cv-60050**, *Jane Doe v. MSC Cruises, et al.*
     **No. 0:24-cv-60994**, *Beasley v. Reality House, Inc., et al.*
     **No. 0:24-cv-60431**, *GASKIN v. HEALTHTRUST WORKFORCE SOLUTIONS*

**No. 0:24-cv-61091**, *Chavarria v. Miami Management, Inc. et al*
**No. 0:24-cv-61093**, *Etienne v. Sunset Trails Homeowners Association, Inc.*
**No. 0:24-cv-61102**, *Scofield v. Resolution Processing LLC*
**No. 0:24-cv-61291**, *Penrod v. KWH Merchandising Inc.*
**No. 0:24-cv-61352**, *Allen v. National Pool Partners Inc.*

Accordingly, it is hereby **ORDERED** as follows:

1. The parties (unless *pro se*) are **not** personally required to appear. *Pro se* parties must appear.

2. If the parties settle before the conference date, they shall promptly file a notice on the docket informing the Court of the settlement.

3. Plaintiff's counsel must appear with the entire case file at hand. **If any of the Defendants have not yet appeared, then Plaintiff must serve a copy of this Order on any such Defendant within two (2) business days of this Order.**

4. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

**DONE AND ORDERED** in the Southern District of Florida on October 22, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record